```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 SHADA AIMADEDDINE,                     :
                                        :     20cv3532 (DLC)
                      Plaintiff,        :
                                        :         ORDER
           -v-                          :
                                        :
 COS BAR RETAIL LLC and DUSTIN LUJAN,   :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

   On September 18, 2020, after receiving notification that this matter had settled, this Court issued an Order discontinuing this action.  On October 15, the parties requested to extend the October 18 deadline to December 4.  On October 16, the Court denied the parties' request and restored the case to the Court's docket.  On October 19, the parties renewed their request for an extension.  It is hereby

   ORDERED that the parties may file a stipulation of dismissal by **Thursday, October 22, 2020.**  In the event they do so, the defendants need not file an answer and the parties need not attend the October 23 conference.  In the event no such

dismissal is filed by October 22, the answer is due **Friday, October 23** and the October 23 conference will proceed as scheduled.

Dated:    New York, New York
          October 20, 2020

                                           _____
                                                DENISE COTE
                                     United States District Judge